IN THE UNITED STATES DISTTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT J. BISHOP, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-1826 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, INTERNAL REVENUE SERVICE, MAUREEN A. JUDGE, and DELORIS MONT, | : : : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 10th day of July, 2015, after considering the motion to dismiss filed by the defendant, the United States (Doc. No. 4); and the plaintiff having failed to file a response in opposition to the motion; and after conducting a jurisdictional and merits review of the complaint (Doc. No. 1); accordingly, and for the reasons expressed in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion (Doc. No. 4) is **GRANTED** and all claims appearing in the complaint are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**IT IS FURTHER ORDERED** that the plaintiff is **GRANTED** leave until August 10, 2015, to file, if he can, an amended complaint that complies with the principles contained in the accompanying memorandum opinion.  Should the plaintiff fail to file an amended complaint, the court will direct the clerk of court to close this matter without further notice to the parties.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.